USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, *On Behalf of Himself and All Others Similarly Situated*,

                Plaintiffs,

-against-

SPICEOLOGY, INC.,

                Defendant.

1:25-cv-2841-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

A review of court records indicates that the Complaint in this action was filed on April 4, 2025, and that no proof of service of the summons and complaint has been filed. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

As such, the Court issued an Order To Show Cause on July 21, 2025 directing Plaintiff to serve Defendant and file proof of such service on the docket by August 4, 2025. [ECF No. 6]. The Court put Plaintiff on notice in that Order that "[i]f proof of service has not been filed by that date, and Plaintiff fails to show good cause why the time for service should be further extended, the Court will dismiss this case." [ECF No. 6]. As of the date of this Order no proof of service has been filed, and Plaintiff has not shown good cause why the time for service should be extended further.

Accordingly, the Complaint in this action is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

**Date: August 5, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**